# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1611
_____

BARBARA MOCK,

    Appellant,

v.

WALTER GERRELL and BENJAMIN GERRELL,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Anthony B. Miller, Judge.

November 28, 2023

PER CURIAM.

    DISMISSED.

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Barbara Mock, pro se, Appellant.

Wendy S. Loquasto of Fox & Loquasto, LLC, Tallahassee, for Appellees.